No. 99–7179.  ZIMBOVSKY v. MASSACHUSETTS.  C. A. 1st Cir. Certiorari denied.

No. 99–7190.  SOPER v. SHANKS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 99–7195.  BACON v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Onslow County, N. C.  Certiorari denied.

No. 99–7198.  MCEACHIN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–7199.  POLO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–7201.  NAGIB v. CONNER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–7219.  WALKER v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 99–7228.  MCGINNIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 99–7230.  ROBBINS v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 99–7232.  HILL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–7247.  JOHNSON v. THOMAS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 99–7248.  MOSS v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 99–7253.  PATTERSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99–7254.  PETTA v. LOUISIANA.  Ct. App. La., 5th Cir. Certiorari denied.

No. 99–7256.  PHAVONG v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99–7257.  SANDERS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.